FILED: SARATOGA COUNTY CLERK 02/20/2023 09:51 AM
NYSCEF DOC. NO. 1

INDEX NO. EF2023488
RECEIVED NYSCEF: 02/20/2023

STATE OF NEW YORK
SUPREME COURT                               COUNTY OF SARATOGA

VALERIE PISANO,
                                                                    Plaintiff,
                                                                              **SUMMONS**
                -against-                                                     With Notice

CRACKER BARREL OLD COUNTRY STORE, INC.,
                                                                    Defendant.

---

Plaintiff designates Saratoga County as the place of trial. **Basis of venue** is residence of plaintiff: 278 Thimbleberry Road, Ballston Spa, Saratoga County
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

To the above named Defendant: Cracker Barrel Old Country Store, Inc.

**YOU ARE HEREBY SUMMONED** to appear in this action by serving a notice of appearance on plaintiffs' attorney within twenty (20) days after the service of this summons, exclusive of the day of service, or within thirty (30) days after service is complete if this summons is not personally delivered to you within New York State.

Dated: February 13, 2023

Defendant's Addresses: 4 Tower Way, Clifton Park, New York, 12065
C T Corporation System: 305 S. Harman Drive, Lebanon, TN 37087
Registered Agent C T Corporation System, 28 Liberty Street, New York, NY 10005

**NOTICE:** This action is for personal injuries, pain suffering, economic losses and other damages sustained due to negligence, breach of warranty, strict liability and statutory liability of the defendant, resulting in food poisoning of the plaintiff, which occurred on September 25, 2022.

**WARNING:** Upon your failure to appear, judgment may be taken against you by default for compensatory damages in the sum and amount that will fully, completely, adequately and fairly compensate the plaintiff for each and every injury and damage sustained, in an amount that exceeds the jurisdictional limits of all lower courts together with the costs and disbursements of this action and for such other and further relief as the Court seems just and proper.

FRANK M. PUTORTI JR., P.C.
Attorney for Plaintiff
1338 Union Street
Schenectady, New York 12308
Telephone: (518) 382-1044
Fax: (518) 372-3686
E-mail: frank@putorti.com

FILED: SARATOGA COUNTY CLERK 02/20/2023 09:51 AM          INDEX NO. EF2023488
NYSCEF DOC. NO. 1                                          RECEIVED NYSCEF: 02/20/2023

STATE OF NEW YORK
SUPREME COURT                COUNTY OF SARATOGA

VALERIE PISANO,                                            **COMPLAINT**

                              Plaintiff,

-against-

CRACKER BARREL OLD COUNTRY STORE, INC.,

                              Defendant.

The plaintiff, Valerie Pisano, by and through her attorneys, Frank M. Putorti, Jr., P.C., complaining of the defendant, Cracker Barrel Old Country Store, Inc., respectfully alleges:

### FOR A FIRST CAUSE OF ACTION FOR SERIOUS PERSONAL INJURIES ARISING IN NEGLIGENCE

1. The plaintiff, Valerie Pisano is a resident of New York State.
2. The defendant, Cracker Barrel Old Country Store, Inc., is a foreign business corporation, formed in the State of Tennessee.
3. The defendant, Cracker Barrel Old Country Store, Inc., is authorized to do business in New York State.
4. The defendant, at all times hereinafter mentioned, and more particularly on September 25, 2022, conducted business as Cracker Barrel Old Country Store, 4 Tower Way, Clifton Park, New York 12065.
5. On or about September 25, 2022, a family member of the plaintiff placed a takeout delivery order for food at the Clifton Park Cracker Barrel Old Country Store.
6. The purchase made was the Sunday Homestyle Chicken Family Meal Deal, Cracker Barrel Order No. 12939638849060864, delivered to the home of the plaintiff, Valerie Pisano, 278 Thimbleberry Road, Ballston Spa, NY 12020.
7. On September 25, 2022, the plaintiff, Valerie Pisano, consumed chicken purchased from the Clifton Park Cracker Barrel Old Country Store.
8. The chicken consumed by the plaintiff, Valerie Pisano, was contaminated.
9. The chicken consumed by the plaintiff, Valerie Pisano, was uncooked or undercooked by the defendant.
10. The contamination was a bacteria, Campylobacter.

FILED: SARATOGA COUNTY CLERK 02/20/2023 09:51 AM
NYSCEF DOC. NO. 1

INDEX NO. EF2023488
RECEIVED NYSCEF: 02/20/2023

11. As a result of the consumption of the contaminated chicken, the plaintiff, Valerie Pisano, contracted bacteria and became sicks, sore, lame and disabled.

12. The chicken provided to the plaintiff and consumed by the plaintiff was contaminated with bacteria.

13. Laboratory studies confirmed and established that the cause of the injuries sustained by the plaintiff, Valerie Pisano, were her ingestion of the undercooked chicken purchased from the defendant and consumed by the plaintiff..

14. As a result of the consumption of the contaminated chicken, the plaintiff, Valerie Pisano, suffered and sustained severe chills, was shaking, convulsed, lost her bodily functions, became nauseous, vomited and could not breath.

15. As a result, the plaintiff, Valerie Pisano, was taken by ambulance to the Saratoga Hospital with the injuries and symptoms aforementioned and suffered and sustained severe pain, could not move and sustained an enlarged heart.

16. As a result of the consumption of the contaminated chicken, the plaintiff, Valerie Pisano, sustained serious personal injuries, pain and suffering.

17. As a result of the consumption of the contaminated chicken, the plaintiff, Valerie Pisano, was diagnosed with and sustained Guillain-Barre syndrome.

18. The plaintiff, Valerie Pisano, continued as an inpatient in the Saratoga Hospital with labored breathing, lethargy, reduced and compromised organ function, high white blood count, loss of motor skills, septic treated with antibiotics, excruciating pain

19. As a result of the injuries sustained by the plaintiff, the plaintiff was prevented from performing her normal activities such as playing I Pad games, going to the movies, updating herself on current affairs, having luncheons with her friends.

20. As a result of the injuries sustained by the plaintiff, the plaintiff was bedridden, unable to feed herself, has had to undergone diaper changes, suffered depression and became partially paralyzed.

21. On October 20, 2022, The plaintiff was transferred from the Saratoga Hospital to Warren County Rehabilitation Center in Queensbury for rehabilitation.

FILED: SARATOGA COUNTY CLERK 02/20/2023 09:51 AM
NYSCEF DOC. NO. 1

INDEX NO. EF2023488
RECEIVED NYSCEF: 02/20/2023

22. The defendant, Cracker Barrel Old Country Store, was negligent in the cooking and preparation of the food sold to and provided to the plaintiff, Valerie Pisano.

23. As a result of the negligence of the defendant, its servants, agents and/or employees, the plaintiff, Valerie Pisano, sustained food poisoning.

24. The food poisoning, injuries and symptoms suffered and sustained by the plaintiff were causally related to the food provided by the defendant and consumed by the plaintiff.

25. The symptoms and injuries sustained by the plaintiff were causally related to the food poisoning.

26. The food provided to the plaintiff was defective and not fit for human consumption.

27. The defendant, it's agents, servants and/or employees were negligent in the preparation, cooking, storing, distribution, inspection of the aforementioned food and were otherwise negligent concerning their actions toward the plaintiff.

28. As a result of the negligence of the defendant, Cracker Barrel Old Country Store, without any fault or negligence on the part of the plaintiff, Valerie Pisano, contributing thereto, the plaintiff, Valerie Pisano, sustained serious personal injuries, pain and suffering, sustained economic losses and was otherwise injured and damaged, all to her damage in an amount which substantially exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

### FOR A SECOND CAUSE OF ACTION FOR SERIOUS PERSONAL INJURIES ARISING IN BREACH OF WARRANTY

29. Plaintiff restates and realleges each allegation set forth in paragraphs set forth above.

30. On or about September 25, 2022, the defendant provided the plaintiff with a chicken dinner meal for the use and consumption of the plaintiff.

31. The defendant, it's agents, servants and/or employees, cooked, prepared, produced, sold, supplied, inspected, tested, and otherwise acted upon the chicken dinner.

32. The defendant impliedly warranted that the aforementioned foodstuffs sold were fit for human consumption and contain no foreign or deleterious substances.

FILED: SARATOGA COUNTY CLERK 02/20/2023 09:51 AM
NYSCEF DOC. NO. 1

INDEX NO. EF2023488
RECEIVED NYSCEF: 02/20/2023

33. The defendant impliedly warranted that the aforementioned foodstuffs sold were appropriately cooked.

34. The defendant impliedly warranted that the aforementioned foodstuffs sold did not contain bacteria.

35. The defendant impliedly warranted that the aforementioned foodstuffs sold were wholesome.

36. The defendant impliedly warranted that the aforementioned foodstuffs sold were not tainted.

37. The chicken dinner provided to the plaintiff was not fit for human consumption, contained foreign or deleterious substances, was not appropriately cooked, contained bacteria, was tainted and was not wholesome.

38. The defendant breached the implied warranty.

39. As a result of the breach of warranty of the defendant, Cracker Barrel Old Country Store, without any fault or negligence on the part of the plaintiff, Valerie Pisano, contributing thereto, the plaintiff, Valerie Pisano, sustained serious personal injuries, pain and suffering, sustained economic losses and was otherwise injured and damaged, all to her damage in an amount which substantially exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

### FOR A THIRD CAUSE OF ACTION FOR SERIOUS PERSONAL INJURIES ARISING IN STRICT PRODUCT LIABILITY

40. Plaintiff restates and realleges each allegation set forth in paragraphs set forth above.

41. On September 25, 2022, the defendant, it's agents, servants and/or employees, prepared, manufactured, designed, produced, sold, supplied, inspected, tested, certified the safety of, and otherwise acted upon the chicken dinner and all component parts thereof provided to the plaintiff.

42. Said chicken dinner and the component parts thereof and/or associated parts and products thereof were defective in production, cooking, preparation, design, and more particularly, defective for the manner normally intended for use and consumption.

FILED: SARATOGA COUNTY CLERK 02/20/2023 09:51 AM
NYSCEF DOC. NO. 1

INDEX NO. EF2023488
RECEIVED NYSCEF: 02/20/2023

43. The aforementioned chicken dinner and the component parts thereof was cooked, prepared manufactured and distributed for the personal use of the public in general and more particularly for the use and consumption of the plaintiff.

44. The plaintiff was using, consuming and ingesting said product in a manner which is customary and normal and the intended use for said product on September 25, 2022.

45. At the time of use and consumption of the product, and while the product was being used as intendeds, the product failed in its intended use and as a result thereof, the plaintiff was caused to sustain personal injuries and damages.

46. The plaintiff would not have discovered the defect or perceived its danger in the exercise of due care.

47. The plaintiff was in no way at fault or negligent or could have in any way averted the occurrence.

48. The incident occurred on September 25, 2022 as a result of defects in the product.

49. By reason of the, the defendant, Cracker Barrel Old Country Store, is strictly liable to the plaintiff, the injuries and damages sustained by the plaintiff were sustained without any fault or negligence on the part of the plaintiff, Valerie Pisano, contributing thereto, and as a result of the defect in the product provided and used, the plaintiff, Valerie Pisano, sustained serious personal injuries, pain and suffering, sustained economic losses and was otherwise injured and damaged, all to her damage in an amount which substantially exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

### FOR A FOURTH CAUSE OF ACTION FOR SERIOUS PERSONAL INJURIES ARISING IN VIOLATION OF STATUTE

50. Plaintiff restates and realleges each allegation set forth in paragraphs set forth above.

51. Pursuant to the *New York State Agriculture and Markets Law §199-a Prohibition as to adulterated or misbranded food* and such other and further statutes, the defendant is prohibited from producing, processing, packing, transporting, selling, offering for sale, or serving in or delivering from a restaurant, any article of food which is adulterated.

FILED: SARATOGA COUNTY CLERK 02/20/2023 09:51 AM
NYSCEF DOC. NO. 1

INDEX NO. EF2023488
RECEIVED NYSCEF: 02/20/2023

52. On or about September 25, 2022, the defendant, its servants, agents and/or employees produced, processed, packed, transported, sold, offered for sale, served and delivered to the plaintiff a chicken dinner that was adulterated.

53. As a result of the actions of the defendant, Cracker Barrel Old Country Store, Inc, its agents, servants and/or employees, in violation of New York State statute, without any fault or negligence on the part of the plaintiff, Valerie Pisano, contributing thereto, the plaintiff, Valerie Pisano, sustained serious personal injuries, pain and suffering, sustained economic losses and was otherwise injured and damaged, all to her damage in an amount which substantially exceeds the jurisdictional limits of all lower courts that would otherwise have jurisdiction.

WHEREFORE, the plaintiff, Valerie Pisano, demands judgment against the defendant, Cracker Barrel Old Country Store, Inc., in a sum of money that will fully, completely, adequately and fairly compensate the plaintiff for each and every injury and damage sustained, in an amount that exceeds the jurisdictional limits of all lower courts, together with the costs and disbursements of this action and for such other and further relief as the Court seems just and proper.

Dated: February 13, 2023

Frank M. Putorti, Jr., P.C.
Attorneys for Plaintiff
1338 Union Street
Schenectady, New York 12308
Phone: (518) 382-1044
Fax: (518) 372-3686
E-Mail: frank@putorti.com

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      :
                       : ss
COUNTY OF NEW YORK     :

I, Dana Riccio, being duly sworn, deposes and says that deponent is not a party to the action and is over 18 years of age.

On April 4, 2023, deponent served the within Civil Cover Sheet, Notice of Filing of Notice of Removal and Notice of Removal via e-file and UPS Overnight Mail upon:

Frank M. Putorti, Jr.
1338 Union Street
Schenectady, New York 12308
**Attorney for Plaintiff**

_____
Dana Riccio

Sworn and Subscribed to before me
this 4th day of April 2023

_____
Notary Public

SCOTT A. LAZAR
Notary Public, State of New York
Reg. No. 02LA4714411
Qualified in New York County
Commission Expires June 30 2026

102509596